**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
NEYSHA CRUZ, individually and as Parent and
Natural Guardian of O.F.,

                        Plaintiff,

      -against-                                                  22 **CIVIL** 9220 (JLR)

                                                                      **<u>JUDGMENT</u>**

DAVID C. BANKS, et al,

                        Defendant.
-----------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2024, the Court GRANTS Defendants' motion and DENIES Plaintiff's motion. The SRO's decision is AFFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 27, 2024

                                                               **RUBY J. KRAJICK**
                                                                  Clerk of Court

                                         BY:
                                                                 Deputy Clerk